AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS (Western Division)

ALBERT HENRY SCARDINO and
ALBERT SCARDINO,
      PLAINTIFFS

V.

SIX FLAGS, INC.,
RIVERSIDE PARK ENTERPRISES, INC. d/b/a
 SIX FLAGS NEW ENGLAND,
STUART AMUSEMENT COMPANY, and
INTAMIN AG,
      DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30140-MAP

TO: (Name and address of Defendant)

Corporation Service Company, Registered Agent for
Stuart Amusement Company
1623 Main Street
Agawam, MA 01001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan M. Spiro, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Telephone: 617-439-4444

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  /s/ Mary Finn

(By) DEPUTY CLERK

DATE  August 11, 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | August 13, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John F Keogh | Constable as a Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In hand to Mr. Bernado Montanez as agent for service for CSC 84 State Street Boston, MA  CSC is the registered agent for Stuart Amusement Co.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 30.00 | 40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 13, 2004
              Date

Signature of Server

36 Georganna Street
Braintree, MA 02184
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.