UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30140-MAP

| | |
|---|---|
| ALBERT HENRY HUGH SCARDINO AND ALBERT SCARDINO,<br>    Plaintiffs<br>vs.<br><br>SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN AG,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISAPPEARANCE

The undersigned hereby files his Notice of Disappearance as counsel for Defendants, Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags New England, and Stuart Amusement Company.

THE DEFENDANTS/
PLAINTIFFS-IN-CROSSCLAIM
SIX FLAGS, INC., RIVERSIDE PARK
ENTERPRISES, INC., d/b/a SIX FLAGS
NEW ENGLAND, AND STUART
AMUSEMENT COMPANY

By_____
Jeffrey L. McCormick, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 329740

## CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this _____ day of _____, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Albert L. Kramer, Esq., 64 Humphrey Street, Swampscott, MA 01907 and Alan M. Spiro, Esq., Windy L. Rosebush, Esq., Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick

374243