UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30140-MAP

| | |
|---|---|
| ALBERT HENRY HUGH SCARDINO AND ALBERT SCARDINO | ) ) ) |
| V. | ) ) |
| SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN AG, | ) ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as attorneys for the defendants, Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags New England, and Stuart Amusement Company, in the above-captioned matter.

Respectfully submitted,

/s/ John P. Graceffa
John P. Graceffa, BBO #205920
Allain Collins, BBO #659492
Fay M. Chen, BBO #652651
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 439-7500

943363v1