UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30140-MAP

| | |
|---|---|
| ALBERT HENRY HUGH SCARDINO AND | ) |
| ALBERT SCARDINO | ) |
| | ) |
| V. | ) |
| | ) |
| SIX FLAGS, INC., RIVERSIDE PARK | ) |
| ENTERPRISES, INC. d/b/a SIX FLAGS | ) |
| NEW ENGLAND, STUART AMUSEMENT | ) |
| COMPANY, and INTAMIN AG, | ) |

**NOTICE OF AMENDMENT**

Pursuant to Fed. R. Civ. Pro. 15(a), the defendants, Six Flags, Inc., Riverside Park

Enterprises, Inc. d/b/a Six Flags New England, Stuart Amusement Company, hereby amend their

answer to the plaintiff's complaint by substituting the amended answer attached as Exhibit A.

The defendants state that no responsive pleading to the defendant's answer has been filed

by the plaintiff, twenty days have not elapsed since the original answer was served on the

plaintiff on August 23, 2004, and the action has not been placed on a trial list.

943363v1

SIX FLAGS, INC., RIVERSIDE PARK
ENTERPRISES, INC. d/b/a SIX FLAGS
NEW ENGLAND, AND STUART
AMUSEMENT COMPANY,

By its attorneys,

MORRISON MAHONEY LLP


/s/ John P. Graceffa
John P. Graceffa, BBO #205920
Allain Collins, BBO #659492
Fay M. Chen, BBO #652651
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 439-7500

943363v1