

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                       ) SS
NEW CASTLE COUNTY)

Re: ALBERT HENRY SACARDINO & ALBERT SCARINO VS. SIX FLAGS INC., RIVERSIDE PARK ENTERPRISES, INC., D/B/A STUART AMUSEMENT COMPANY AND INTAMIN AG
Civil Action No. 04-30140OSW

     Paul Paradee, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **MARY MESSINA, SERVICE OF PROCESS OF THE CORPORATION SERVICE COMPANY, REGISTERED AGENT FOR SIX FLAGS INC. AT: 2711 CENTERVILLE ROAD, SUITE #400, WILMINGTON, DELAWARE 19808** on 9/3/2004 at 1:13PM a copy of Out of State Summons and Complaint.
     The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

                                              **DEPUTY SHERIFF**
                                              **NEW CASTLE COUNTY**

STATE OF DELAWARE)
                       ) SS
NEW CASTLE COUNTY)

     **BE IT REMEMBERED** that on September 10, 2004 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Paul Paradee, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
     **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

                                                Notary Public

                                              DIANE D. BAKER
                                   Notary Public - State of Delaware
                                   My Comm. Expires Dec. 23, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS (Western Division)

ALBERT HENRY SCARDINO and
ALBERT SCARDINO,
        PLAINTIFFS

V.

SIX FLAGS, INC.,
RIVERSIDE PARK ENTERPRISES, INC. d/b/a
  SIX FLAGS NEW ENGLAND,
STUART AMUSEMENT COMPANY, and
INTAMIN AG,
        DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30140-MAP

TO: (Name and address of Defendant)

CSC Corporation, Registered Agent for

Six Flags, Inc.
11501 Northeast Expressway
Oklahoma City, Oklahoma

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan M. Spiro, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Telephone: 617-439-4444

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK    Mary Finn

(By) DEPUTY CLERK

DATE    August 11, 2004

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                       *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.