UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS
(WESTERN DIVISION)

|  |  |
|---|---|
| ALBERT HENRY HUGH SCARDINO and ALBERT SCARDINO,<br>Plaintiffs,<br><br>v.<br><br>SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN LTD.,<br><br>Defendants. | C.A. No. 04-30140-MAP |

## ASSENTED TO MOTION TO AMEND THE COMPLAINT

The Plaintiffs hereby move, with the assent of counsel for the Defendants[1], Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags new England, and Stuart Amusement Company ("Defendants"), to Amend the Complaint to properly name the Defendant, Intamin Ltd. ("Intamin"). In support of their Motion, the Plaintiffs state the following:

The original Complaint in this matter named Intamin AG as the named Defendant. Based upon the research conducted by counsel for the Plaintiffs, Intamin AG was believed to be the manufacturer of the Superman Ride of Steel ("the Ride"), the Ride at issue in the roller coaster injury which gave rise to this matter. However, after attempting to serve Intamin AG at what was believed to be its Maryland location, counsel for the Plaintiffs was informed by Sandor

---

[1] Because Intamin AG, the named Defendant in the original Complaint, has not filed a responsive pleading, the Plaintiffs can amend the Complaint without their assent. However, in this instance, Intamin Ltd. has advised counsel for the Plaintiffs that it, and not Intamin AG, is the properly named Defendant and has requested the amendment sought by the Plaintiffs.

Kernacs of Intamin Ltd. that it (and not Intamin AG) sold and supplied the Ride to Six Flags Corporation/Six Flags New England.

Therefore, the Plaintiffs now move, with the assent of the Defendants (and at the request of Intamin Ltd) to amend the Complaint to properly name the Intamin Defendant as Intamin Ltd.

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO

By their attorneys,

____/s/ Albert L. Kramer_____
Albert L. Kramer
64 Humphrey Street
Swampscott, MA 01907
(781) 599-9793

____/s/ Windy L. Rosebush_____
Alan M. Spiro  (BBO No. 475650)
Windy L. Rosebush (BBO No. 636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 439-4444

Date: October 13, 2004

## LOCAL RULE 7.1 CERTIFICATION

On October 12, 2004, counsel for the Plaintiffs conferred with counsel for the Defendants, Allain Collins of Morrison Mahoney LLP, who assented to the Motion to Amend the Complaint.

_____/s/ Windy L. Rosebush_____
Windy L. Rosebush

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing of the same on October 13, 2004.

_____/s/ Windy L. Rosebush_____
Windy L. Rosebush