UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS
(WESTERN DIVISION)

| | |
|---|---|
| ALBERT HENRY HUGH SCARDINO and ALBERT SCARDINO,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN LTD.,<br><br>　　　　　　　Defendants. | C.A. No. 04-30140-MAP |

## NOTICE OF APPEARANCE

ATTENTION: CLERK OF COURT

Kindly enter my appearance as attorney for the Plaintiffs Albert Henry Hugh Scardino and Albert Scardino in the above- captioned case.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　___/s/ Albert L. Kramer_____
　　　　　　　　　　　　Albert L. Kramer
　　　　　　　　　　　　BB0 #278940
　　　　　　　　　　　　64 Humphrey Street
　　　　　　　　　　　　Swampscott, MA 01907
　　　　　　　　　　　　(781) 599-9793

Date: October 15, 2004

## CERTIFICATE OF SERVICE

　　I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing of the same on October 15, 2004.

　　　　　　　　　　　　_____/s/ Windy L. Rosebush_____

_464415_1/