UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS
(WESTERN DIVISION)

|  |  |
|---|---|
| ALBERT HENRY HUGH SCARDINO and ALBERT SCARDINO,<br>            Plaintiffs,<br><br>v.<br><br>SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN LTD.,<br><br>            Defendants. | C.A. No. 04-30140-MAP |

## ASSENTED TO MOTION TO CONTINUE RULE 16 CONFERENCE

The Plaintiffs hereby move, with the assent of counsel for the Defendants[1], Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags new England, and Stuart Amusement Company ("Defendants"), to continue the Rule 16 conference now scheduled for October 22, 2004 until January 23, 2004. In support of their Motion, the Plaintiffs state the following:

The original Complaint in this matter named Intamin AG as the named Defendant. Based upon the research conducted by counsel for the Plaintiffs, Intamin AG was believed to be the manufacturer of the Superman Ride of Steel ("the Ride"), the Ride at issue in the roller coaster injury which gave rise to this matter. However, after attempting to serve Intamin AG at what was believed to be its Maryland location, counsel for the Plaintiffs was informed by Sandor Kernacs of Intamin Ltd. that it (and not Intamin AG) sold and supplied the Ride to Six Flags Corporation/Six Flags New England. As a result, on October 13, 2004, Plaintiffs filed an

---

[1] Because Intamin Ltd., the named Defendant in the Amended Complaint, has not been served or filed a responsive pleading, they were not consulted for the purpose of continuing the Rule 16 Conference. It is, however, in all parties interest, including Intamin Ltd., that they be included in the Rule 16 Conference.

Assented Motion to Amend the Complaint to properly name the Defendant, Intamin Ltd. The Court allowed the Motion on October 14, 2004. Plaintiffs are now in the process of serve Intamin Ltd. with the Amended Complaint.

Therefore, the Plaintiffs now move, with the assent of the Defendants to continue the Rule 16 conference now scheduled for October 22, 2004 until January 23, 2005. This will allow the Plaintiffs time to serve Intamin Ltd. with the Amended Complaint, and will also permit Intamin Ltd. time to file a responsive pleading. Furthermore, because settlement and scheduling issues must be discussed prior to the Rule 16 Conference, it is in the interest of judicial economy to have all parties involved in the Rule 16 Conference.

For these reasons, the Plaintiffs, with the Defendants' assent, request that the Rule 16 Conference be rescheduled to January 23, 2005.

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO

By their attorneys,

\_\_\_\_/s/ Albert L. Kramer_____
Albert L. Kramer
64 Humphrey Street
Swampscott, MA 01907
(781) 599-9793


\_\_\_\_/s/ Windy L. Rosebush_____
Alan M. Spiro  (BBO No. 475650)
Windy L. Rosebush (BBO No. 636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 439-4444

Date: October 15, 2004

## LOCAL RULE 7.1 CERTIFICATION

On October 14-15, 2004, counsel for the Plaintiffs conferred with counsel for the Defendants, Allain Collins of Morrison Mahoney LLP, who assented to the Motion to Amend the Complaint.

                        /s/ Albert L. Kramer

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing of the same on October 15, 2004.

                        /s/ Windy L. Rosebush