# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS (Western Division)___

ALBERT HENRY SCARDINO and
ALBERT SCARDINO,
           **PLAINTIFFS**
               V.

SIX FLAGS, INC.,
RIVERSIDE PARK ENTERPRISES, INC. d/b/a
 SIX FLAGS NEW ENGLAND,
STUART AMUSEMENT COMPANY, and
INTAMIN LTD.
              **DEFENDANTS**

### SUMMONS IN A CIVIL CASE

CASE NUMBER: *04-30140-MAP*

TO: (Name and address of Defendant)

> Intamin Ltd.
> 520 McCormick Drive
> Suite J
> Glen Burnie, MD  21061

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan M. Spiro, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Telephone: 617-439-4444

an answer to the complaint which is served on you with this summons, within *Twenty (20)* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  *10/15/04*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11/5/04    0538 Hrs. |
| NAME OF SERVER (PRINT)  JAMES A. WILEY Jr  7079 | TITLE  DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 520 McCORMICK DR SUITO J.
GLEN BURNIE, md. 21060    mr. SANDOR KORNACS PRESIDENT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $ 50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-5-04
_____
Date

_____ , 7079
Signature of Server

7 CHURCH CIR  ANNAPolis md. 21401
Address of Server
410-222-1212

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.