UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS
(WESTERN DIVISION)

_____

ALBERT HENRY HUGH SCARDINO and )
ALBERT SCARDINO, )
                  Plaintiffs, )
)
v. )    C.A. No. 04-30140-MAP
)
SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, )
INC. d/b/a SIX FLAGS NEW ENGLAND, STUART )
AMUSEMENT COMPANY, and INTAMIN LTD., )
)
                  Defendants. )
_____)

## **NOTICE OF WITHDRAWAL**

TO THE CLERK OF COURT:

Alan M. Spiro, Windy L. Rosebush and Edwards & Angell, LLP hereby withdraw their appearance as counsel for the Plaintiffs. Attorney Albert L. Kramer will continue as counsel for the Plaintiffs and should be notified of any action taken on this case from this date forward at the mailing address and e-mail address below:

        64 Humphrey Street
        Swampscott, MA 01907
        (781) 599-9793

        AKramer@syratech.com

        ____/s/ Alan M. Spiro_____
        ____/s/ Windy L. Rosebush_____
        Alan M. Spiro  (BBO No. 475650)
        Windy L. Rosebush (BBO No. 636962)
        EDWARDS & ANGELL, LLP
        101 Federal Street
        Boston, Massachusetts  02110
        (617) 439-4444

Date: November 19, 2004

- 2 -

## CERTIFICATE OF SERVICE

  I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing of the same on November 19, 2004.

                _____/s/ Windy L. Rosebush_____