UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION



ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
                Plaintiffs,

v.                                         C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
                Defendants.

## DEFENDANT INTAMIN LTD.'S ANSWER TO CROSS-CLAIM OF DEFENDANTS, SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC., d/b/a SIX FLAGS NEW ENGLAND AND STUART AMUSEMENT COMPANY

Defendant Intamin Ltd. hereby answers the serially numbered counts and paragraphs of the cross-claim as follows:

### COUNT I - CONTRIBUTION

1.     Denied.

2.     Denied.

### COUNT II – INDEMNIFICATION

3.     Denied.

4.     Denied

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiffs-in-cross-claim's negligence exceeds the negligence of Intamin Ltd., or their right to recover is reduced proportionately by the degree of their own negligence relative thereto.

### SECOND AFFIRMATIVE DEFENSE

The injuries and damages alleged by plaintiffs-in-cross-claim were caused by a person or entity for whose conduct Intamin Ltd. was not legally responsible.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs-in-cross-claim's cross-claim fails to state a claim upon which relief can be granted

### FOURTH AFFIRMATIVE DEFENSE

The injuries and damages alleged, if any, resulted from a superseding or intervening cause, and were not caused by any conduct, culpable or otherwise, on the part of Intamin Ltd.

### FIFTH AFFIRMATIVE DEFENSE

The defendant-in-cross-claim repeats and incorporates herein by reference all of the affirmative defenses raised in its Answer to Plaintiff's First Amended Complaint, a copy of which is attached hereto.

## DEFENDANT-IN-CROSS-CLAIM CLAIMS A TRIAL BY JURY AS TO ALL COUNTS

The defendant,
Intamin Ltd.
By its attorneys,


Peter M. Durney #139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100


## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Intamin Ltd., hereby certify that on the 17th day of November, 2004, a true copy of the foregoing Defendant Intamin Ltd.'s Answer to Cross-Claims of Defendants, Six Flags, Inc., Riverside Park Enterprises, Inc., d/b/a Six Flags New England and Stuart Amusement Company, was served by mail, postage prepaid, directed to:

Alan M. Spiro, Esq.
Wendy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

John P. Graceffa, Esq.
Allain Collins, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210


Peter M. Durney

3