UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS
(WESTERN DIVISION)

|  |  |
|---|---|
| ALBERT HENRY HUGH SCARDINO and ALBERT SCARDINO, <br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN LTD., <br><br> Defendants. | C.A. No. 04-30140-MAP |

## NOTICE OF APPEARANCE

ATTENTION: CLERK OF COURT

Kindly enter my appearance as attorney for the Plaintiffs Albert Henry Hugh Scardino and Albert Scardino in the above- captioned case.

Respectfully submitted,

/s/ Albert L. Kramer
Albert L. Kramer
BBO #278940
64 Humphrey Street
Swampscott, MA 01907
(781) 599-9793

Date: October 15, 2004

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing of the same on October 15, 2004.

/s/ Windy L. Rosebush

_464415_1/