UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

C.A. NO.: 04-30140-MAP

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
    Plaintiffs,

v.

SIX FLAGS, INC.,
RIVERSIDE PARK ENTERPRISES, INC. d/b/a
SIX FLAGS NEW ENGLAND,
STUART AMUSEMENT COMPANY, and
INTAMIN LTD.,
    Defendants.

### NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant Intamin Ltd. in the above-referenced matter.

Respectfully submitted,

The defendant,
Intamin Ltd.
By its attorney,

_____
Anthony J. Manhart, BBO # 657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Anthony J. Manhart, attorney for the defendant, Intamin Ltd., hereby certify that on the 16th day of December, 2004, a true copy of the foregoing Notice of Appearance, was served by mail, postage prepaid, directed to:

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

Alan M. Spiro, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

John P. Graceffia, Esq.
Allan P. Collins, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

_____
Anthony J. Manhart