UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
              Plaintiffs,

v.                                                  C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
              Defendants.

### DEFENDANT INTAMIN LTD.'S
### DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the Defendant Intamin Ltd. through counsel states that it has no parent corporation and further states that there is no publicly held company that owns 10% or more of its stock.

Respectfully submitted,

The defendant,
Intamin Ltd.
By its attorneys,

Peter M. Durney #139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

### CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Intamin Ltd., hereby certify that on the 16 day of December, 2004, a true copy of the foregoing Defendant Intamin Ltd.'s Disclosure Statement

- 2 -

Pursuant to Local Rule 7.3 was served by mail, postage prepaid, directed to:

Alan M. Spiro, Esq.
Wendy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

John P. Graceffa, Esq.
Allain Collins, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

_____
Peter M. Durney