UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION




ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
            Plaintiffs,

v.                                          C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
            Defendants.

## DEFENDANT INTAMIN LTD.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court Local Rule 16.1(D)(3), Defendant Intamin Ltd. certifies that it has been made aware of the requirements of Local Rule 16.1(D)(3) and has conferred through its authorized representatives regarding establishing a budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant has also conferred through its authorized representatives about the possibilities of resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

Sandor Kernacs
President
Intamin Ltd.
520 McCormick Drive, Suite 1
Glen Burnie, MD 21061

Intamin Ltd.,
By its attorneys,
Peter M. Durney #139260
Cornell & Gollub
75 Federal Street
Boston, MA 02110

## CERTIFICATE OF SERVICE

I, Anthony J. Manhart, attorney for the defendant, Intamin Ltd., hereby certify that on the 18th day of January, 2005, a true copy of the foregoing Defendant Intamin Ltd.'s Local Rule 16.1(D)(3) Certification was served by mail, postage prepaid, directed to:

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

Alan M. Spiro, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

John P. Graceffia, Esq.
Allan P. Collins, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

_____
Anthony J. Manhart