UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
                     Plaintiffs,

v.                                                                    C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
        Defendants.

## PLAINTIFFS' CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to United States District Court Local Rule 16.1(D) (3), the Plaintiffs, Albert Henry Hugh Scardino and Albert Scardino certify through their authorized representatives that they have conferred with their counsel regarding establishing a budget for the costs of conducting the full course, including various alternative courses, of this litigation, as well as the possibilities of resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in the United States District Court Local Rule 16.4.

Plaintiffs,
Albert Henry Hugh Scardino and
Albert Scardino
By Their Attorney,
Albert L. Kramer, Esq. #278940
64 Humphrey Street
Swampscott, MA 01907

Plaintiff
Albert Henry Hugh Scardino
19 Empire House,
Thurloe Place
London SW7 2RU
United Kingdom

## CERTIFICATE OF SERVICE

I, Albert L. Kramer, attorney for the Plaintiffs, Albert Henry Hugh Scardino and Albert Scardino, hereby certify that on the 22nd day of January, 2005, a true copy of the foregoing, Certification pursuant to Local Rule 16.1(D)(3), was served upon the attorney for each party by mail, postage prepaid.

_____
Albert L. Kramer