UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY HUGH SCARDINO   )
and ALBERT SCARDINO,         )
            Plaintiffs   )
                         )
     v.                      )   Civil Action No.  04-30140-MAP
                         )
SIX FLAGS, INC., RIVERSIDE PARK   )
ENTERPRISES, INC., d/b/a SIX FLAGS)
NEW ENGLAND, STUART          )
AMUSEMENT COMPANY, and       )
INTAMIN LTD.,                )
            Defendants   )

SCHEDULING ORDER
January 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Plaintiffs shall provide all medical records to Defendants by February 25, 2005.

2. All written discovery shall be served no later than June 1, 2005.

3. Non-expert depositions shall be completed by August 15, 2005.

4. Counsel shall appear for a case management conference on September 6, 2005, at 2:00 p.m. in Courtroom Three.

5. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by October 3, 2005, and depositions of those experts shall be completed by November 15, 2005.

6. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 2, 2005, and depositions of those experts shall be completed by January 20, 2006.

IT IS SO ORDERED.

DATED: January 24, 2005

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge