UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ALBERT HENRY HUGH SCARDINO AND ALBERT SCARDINO,<br>Plaintiffs,<br><br>v.<br><br>SIX FLAGS, INC. and INTAMIN AG,<br>Defendant. | CIVIL ACTION NO. 04-30140-MAP |

## DEFENDANT SIX FLAGS, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Local Rule 16.1(D)(3), Defendant Six Flags, Inc. certifies that it has been made aware of the requirements of Local Rule 16.1(D)(3) and has conferred through its authorized representatives regarding establishing a budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant has also conferred through its authorized representatives about the possibilities of resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

_____
Jon Drake
Manager of Safety and Security
Six Flags New England
P.O. Box 307
Agawam, MA 01001-0307

_____
Six Flags, Inc.,
By its attorneys,
John P. Graceffa, Esq.  #205920
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

## CERTIFICATE OF SERVICE

  I, John P. Graceffa, attorney for the defendants, Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags New England, and Stuart Amusement Company, hereby certify that on the ?? day of February, 2005, a true copy of the foregoing Corporate Disclosure Statement pursuant to Local Rule 7.3 was served by mail, postage prepaid, directed to:

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

Peter M. Durney, Esq.
Anthony J. Manhart, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

_____
John P. Graceffa