UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30140-MAP

| | |
|---|---|
| ALBERT HENRY HUGH SCARDINO AND ALBERT SCARDINO | )<br>)<br>) |
| V. | )<br>) |
| SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN AG, | )<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendants, Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags New England, and Stuart Amusement Company, through counsel, hereby state as follows:

1. Six Flags, Inc. has no corporate parent and there is no publicly held company that owns 10% or more of its stock.

2. Six Flags, Inc. owns 100% of Riverside Park Enterprises, Inc., and Six Flags. Inc. is the corporate parent of Riverside Park Enterprises, Inc. .

3. Six Flags, Inc. owns 100% of Stuart Amusement Company, and Six Flags, Inc. is the corporate parent of Stuart Amusement Company.

Respectfully submitted

The defendants,
SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, AND STUART AMUSEMENT COMPANY,
By their attorneys,

MORRISON MAHONEY LLP

_____
John P. Graceffa, BBO #205920
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 439-7500

## CERTIFICATE OF SERVICE

I, John P. Graceffa, attorney for the defendants, Six Flags, Inc., Riverside Park Enterprises, Inc. d/b/a Six Flags New England, and Stuart Amusement Company, hereby certify that on the 7th day of February, 2005, a true copy of the foregoing Corporate Disclosure Statement pursuant to Local Rule 7.3 was served by mail, postage prepaid, directed to:

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

Peter M. Durney, Esq.
Anthony J. Manhart, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

_____
John P. Graceffa