UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
                      Plaintiffs,

v.                                                C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
                      Defendants.

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Defendant Intamin Ltd., Defendant Six Flags, Inc. (hereinafter "Six Flags"), and Plaintiffs Albert Henry Hugh Scardino and Albert Scardino (hereinafter "Plaintiffs") hereby respectfully move to modify the Court's Scheduling Order to extend by - ninety (90) days the date by which written discovery may be served. and sixty (60) days the date by which non-expert depositions shall be completed. As grounds for this motion, the parties to this matter state as follows:

1. This is a personal injury lawsuit which arises from an incident involving a rollercoaster which was located at Six Flags' amusement park. The rollercoaster was allegedly manufactured, designed, sold and/or supplied by Intamin Ltd.

2. The parties now seek to modify the Scheduling Order so that they may attempt to settle the dispute through mediation, which session was not able to be scheduled until July 20, 2005. If the case is not settled as a result of mediation, the parties will require the extended period to serve written discovery and to complete the currently scheduled depositions and any depositions that may be required after the above mediation.

2

3. Intamin Ltd., Six Flags and the Plaintiffs respectfully request that this Court enter an order extending the deadline by which written discovery shall be served in this matter by ninety (90) days and non-expert depositions shall be completed by sixty (60) days as set forth in the attached proposed Order.

WHEREFORE, Intamin Ltd., Six Flags, Inc., and the Plaintiffs Albert Henry Hugh Scardino and Albert Scardino respectfully request that this Court allow this limited extension and enter the proposed order attached as Exhibit A.

_Albert L. Kramer/AJM_
Plaintiff,
Albert Henry Hugh Scardino and
Albert Scardino
By Their Attorney,
Albert L. Kramer, Esq., BBO# 278940
64 Humphrey Street
Swampscott, MA 01907
(78) 599-9793

_[signature]_
Defendant,
Intamin Ltd.
By Its Attorneys,
Peter M. Durney, BBO #139260
Anthony J. Manhart, BBO #657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

_John P. Graceffa/AJM_
Defendants,
Riverside Park Enterprises, Inc., d/b/a/
Six Flags New England, Stuart
Amusement Company and Six Flags, Inc.
By Their Attorneys,
John P. Graceffa, Esq., BBO #205920
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I, Anthony J. Manhart, attorney for the defendant, Intamin, Ltd., hereby certify that on the 12th day of May, 2005, a true copy of the foregoing Joint Motion to Modify Scheduling Order was served by mail, postage prepaid, directed to:

Alan M. Spiro, Esq.
Wendy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

John P. Graceffa, Esq.
Allain Collins, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

_____
Anthony J. Manhart