UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
          Plaintiffs,

v.                                                        C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
          Defendants.

## ORDER

THIS MATTER having come before the Court on the Joint Motion to Modify Scheduling Order; IT IS this hereby ORDERED that the time by which written discovery shall be served shall be extended by ninety (90) days and the time by which non- expert depositions shall be completed by sixty (60) days.

    Signed this _____ day of _____, 2005.

                                          _____
                                          (                       , J.)