UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY HUGH SCARDINO )
and ALBERT SCARDINO, )
              Plaintiffs )
)
v. ) Civil Action No. 04-30140-MAP
)
SIX FLAGS, INC., RIVERSIDE PARK )
ENTERPRISES, INC., d/b/a SIX FLAGS)
NEW ENGLAND, STUART )
AMUSEMENT COMPANY, and )
INTAMIN LTD., )
              Defendants )

SCHEDULING ORDER
May 16, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the joint motion to modify the scheduling order, (Document No. 30), but in part only, and revises the schedule as follows:

1. All written discovery shall be served no later than August 12, 2005.

2. Non-expert depositions shall be completed by October 14, 2005.

3. Counsel shall appear for a case management conference on October 18, 2005, at 12:15 p.m. in Courtroom Three. The September 6, 2005 conference is hereby cancelled.

4. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 4, 2005, and depositions of those experts shall be completed by December 9, 2005.

5. Defendants shall designate and disclose information regarding their trial


experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005, and depositions of those experts shall be completed by January 20, 2006.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: May 16, 2005

                                               /s/ Kenneth P. Neiman  
                                               KENNETH P. NEIMAN  
                                               U.S. Magistrate Judge