UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

C.A. NO.: 04-30140-MAP

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
　　　　Plaintiffs,

v.

SIX FLAGS, INC.,
RIVERSIDE PARK ENTERPRISES, INC. d/b/a
SIX FLAGS NEW ENGLAND,
STUART AMUSEMENT COMPANY, and
INTAMIN LTD.,
　　　　Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

To The Clerk Of The Above Named Court:


Please withdraw my appearance as attorney for defendant, Intamin Ltd.  Attorney Peter

M. Durney will continue to represent Intamin Ltd. in this matter.



Anthony J. Manhart, BBO # 657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA  02110
TEL: (617) 482-8100
FAX: (617) 482-3917

<u>CERTIFICATE OF SERVICE</u>

I, Anthony J. Manhart, hereby certify that on the 14th day of July, 2005, a true copy of the foregoing Notice of Withdrawal of Appearance, was served by mail, postage prepaid, directed to:

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

Alan M. Spiro, Esq.
Windy L. Rosebush, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

John P. Graceffia, Esq.
Allan P. Collins, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

_____
Anthony J. Manhart