UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
               Plaintiffs,

v.                                     C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
               Defendants.

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Defendant Intamin Ltd., Defendant Six Flags, Inc. (hereinafter "Six Flags"), and Plaintiff Albert Henry Hugh Scardino and Albert Scardino (hereinafter "plaintiffs") hereby respectfully move to modify the Court's Scheduling Order to extend the date by which written discovery may be served from August 12, 2005 until September 9, 2005. As grounds for this motion, the parties to this matter state as follows:

1. This is a personal injury lawsuit which arises from an incident involving a rollercoaster which was located at Six Flags' amusement park. The rollercoaster was allegedly manufactured, designed, sold and/or supplied by Intamin Ltd.

2. The parties now seek to modify the Scheduling Order so that they may further their efforts to settle the dispute through mediation. The prior mediation session that was scheduled for July 20, 2005 was postponed to August 5, 2005 as a result of the postponement of a deposition of the plaintiff, Albert Scardino, who was to be deposed in London, England, on July 7, 2005, the day of the subway bombing. That deposition could not be rescheduled

until August 3, 2005, two days before the Mediation session. After a daylong mediation session on August 5, 2005, the parties have agreed to resume mediation on August 30, 2005, which was the earliest date that the Mediator was available. If the case is not settled by mediation, the parties will require the above-extended period to complete their service of written discovery.

WHEREFORE, Intamin Ltd., Six Flags, Inc., and the Plaintiffs Albert Henry Hugh Scardino and Albert Scardino respectfully request that this Court allow this limited extension and enter the proposed order attached as Exhibit A.

*Albert L. Kramer* (signature)
Plaintiffs,
Albert Henry Hugh Scardino and
Albert Scardino
By Their Attorney,
Albert L. Kramer, Esq., BBO# 278940
64 Humphrey Street
Swampscott, MA 01907

*Peter M. Durney / alk* (signature)
Defendant,
Intamin Ltd.
By Its Attorneys,
Peter M. Durney, BBO #139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110

*John P. Graceffa / alk* (signature)
Defendants,
Riverside Park Enterprises, Inc., d/b/a/
Six Flags New England, Stuart
Amusement Company and Six Flags, Inc.
By Their Attorney,
John P. Graceffa, Esq., BBO #205920
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

## CERTIFICATE OF SERVICE

I, Albert L. Kramer, attorney for the plaintiffs, Albert Henry Hugh Scardino and Albert Scardino hereby certify that on the __10th__ day of August, 2005, a true copy of the foregoing Joint Motion to Modify Scheduling Order was served by mail, postage prepaid, directed to:

Peter Durney, Esq.
Cornell and Gollub
75 Federal Street
Boston, MA 02210

John P. Graceffa
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

*Albert L. Kramer*
Albert L. Kramer

Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,

      Plaintiffs,

v.

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES, INC., d/b/a SIX FLAGS NEW ENGLAND, STUART AMUSEMENT COMPANY, and INTAMIN LTD.,

      Defendants.

C.A. No. 04-30140-MAP

ORDER

THIS MATTER having come before the Court on the Joint Motion to Modify Scheduling Order; IT IS hereby ORDERED that the time by which written discovery may be served shall be extended to September 9, 2005.

Signed this _____ day of August, 2005.

_____
(                 , J.)