UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO
       Plaintiff

CIVIL ACTION NO. 04-30140-MAP 

V.

SIX FLAGS, INC., ET AL
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.:

The Court having been advised on October 17, 2005 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

|  |  |
|---|---|
| October 17, 2005 | By the Court, |
|  | /s/ Mary Finn |
| Date | Deputy Clerk |

(Dismissal Settlement.wpd - 12/98)         [stlmtodism.]