UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-WESTERN DIVISION

ALBERT HENRY HUGH SCARDINO and
ALBERT SCARDINO,
                Plaintiffs,

v.                                                                                          C.A. No. 04-30140-MAP

SIX FLAGS, INC., RIVERSIDE PARK ENTERPRISES,
INC., d/b/a SIX FLAGS NEW ENGLAND, STUART
AMUSEMENT COMPANY, and INTAMIN LTD.,
                Defendants.

## STIPULATION OF DISMISSAL

Plaintiffs Albert Henry Hugh Scardino and Albert Scardino and defendants Riverside Park Enterprises, Inc., d/b/a Six Flags New England, Stuart Amusement Company and Six Flags, Inc. and Intamin Ltd., hereby agree and stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the claims asserted by Albert Henry Hugh Scardino and Albert Scardino in the above-captioned action be dismissed with prejudice and without costs.

_____/S/_____
Plaintiffs,
Albert Henry Hugh Scardino and
Albert Scardino
By Their Attorney,
Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

_____/S/_____
Defendant,
Intamin Ltd.
By Its Attorney,
Peter M. Durney, BBO # 139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110

_____/S/_____
Defendants,
Riverside Park Enterprises, Inc., d/b/a/
Six Flags New England, Stuart
Amusement Companyand Six Flags, Inc.
By Their Attorney,
John P. Graceffa, Esq.
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Intamin Ltd., hereby certify that on the 17th day of November, 2005, a true copy of the foregoing Stipulation of Dismissal was served by mail, postage prepaid, directed to:

John P. Graceffa, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Albert L. Kramer, Esq.
64 Humphrey Street
Swampscott, MA 01907

_____/s/_____
Peter M. Durney